UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __1:20-mj-03562-Reid__

IN RE: SEALED CRIMINAL
COMPLAINT

_____/

## MOTION TO SEAL

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Criminal Complaint, Affidavit in support of Complaint, Arrest Warrant, this Motion to Seal, and any resulting Order be SEALED for a period of one year, excepting the United States Attorney's Office and law enforcement personnel, which may obtain copies of any of the foregoing documents or other sealed document for purposes of executing the Arrest Warrant, for the reason that the integrity of the ongoing investigation might be compromised should knowledge of this Arrest Warrant become public.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:    /s/ Jonathan Kobrinski
    JONATHAN KOBRINSKI
    Assistant United States Attorney
    Court ID. No A5501893
    99 NE 4th Street 4th Floor
    Miami, FL 33132
    T: (305) 961-9074
    E: Jonathan.Kobrinski@usdoj.gov