UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:20-mj-03562-Reid

IN RE: SEALED CRIMINAL
COMPLAINT
_____/

### SEALING ORDER

THIS CAUSE is before the Court on the United States' Motion to Seal. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED and the Criminal Complaint, Affidavit in Support of Complaint, this Motion to Seal, and this Order be SEALED for one year from the date of this Order with the exception of copies provided to the United States Attorney's Office and law enforcement personnel.

DONE AND ORDERED at Miami, Florida, this  10th  day of September, 2020.

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: AUSA Jonathan Kobrinski