# MINUTE ORDER

Page 9

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6  Date: 9/18/2020  Time: 11:00:00

Defendant: Jonathan Guerra Blanco ✓  J#: 26535-104  Case #: 20-3562-MJ-REID

AUSA: Jonathan Kobrinsky  Attorney: AFPD Eric Cohen

Violation: Attempted to provide Material to ISIS  Surr/Arrest Date:  YOB:

Proceeding: Detention  CJA Appt:

Bond/(PTD Held:) ☒ Yes ☐ No  Recommended Bond:

Bond Set at: Detained  Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
- Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English ✓

Disposition:
- Deft consents to VTC
- SA/FBI Bryan Hughes sworn/testified
- Court orders deft detained re risk & danger
- Gvt to submit prp order by 5pm on 9/21/20

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:

Report RE Counsel:

PTD/Bond Hearing:

(Prelim/Arraign) or Removal: 10/2  1pm  Duty  MJA

Status Conference RE:

D.A.R. Zoom-JB-01-9-18-2020  Time in Court: 1 hr 23 mins

s/Jacqueline Becerra  Magistrate Judge