UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-MJ-3562-REID

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JONATHAN GUERRA BLANCO,

        Defendant.
_____/

**NOTICE OF ASSIGNMENT**

        The Federal Public Defender for the Southern District of Florida gives notice that the above captioned case has been assigned to Assistant Federal Public Defender Hector A. Dopico.

        Respectfully submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

BY:   /s/**Hector A. Dopico**
        Hector A. Dopico, Chief
        Assistant Federal Public Defender
        Florida Bar No. 161380
        150 West Flagler Street
        Suite 1700
        Miami, Florida 33130-1556
        Tel: 305-530-7000
        Fax: 305-536-4559
        Email: Hector_Dopico@fd.org

CERTIFICATE OF SERVICE

I HEREBY certify that on September 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/*Hector A. Dopico*